UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-04233 |
| Joshua F Sossah and Kayi E Sossah | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable

| | |
|---:|---|
| $0.00 | for legal services through confirmation of the plan. |
| $4,500.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $25.00 | for reimbursable expenses. |
| $4,525.00 | **total fees and reimbursement allowed.** |
| $ - | less payment received from debtor prior to date of application. |
| $4,525.00 | **balance allowed under this order.** |

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: June 29, 2023

**Fees Payable to:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600